# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUTTA TRANSPORT INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ARROW TRUCK SALES INC.,<br><br>    Defendant. | Case No. 1:25-cv-0769 JLT BAM<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 19) |

The Court conducted a settlement conference in this action on October 29, 2025, at which the parties reached a settlement agreement and the terms were placed on the record. The parties will also prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

    1. All pending matters and dates in this action are VACATED; and

    2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

    Dated:  **October 29, 2025**           /s/ Barbara A. McAuliffe           
                                                            UNITED STATES MAGISTRATE JUDGE